## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELDRIDGE A. SUMLIN, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL NO. 09-242-GPM ) |
| B. A. BLEDSOE, | ) ) ) |
| Respondent. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Petitioner Eldridge A. Sumlin Robinson shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 06/26/09

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Linda M. McGovern
Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. Patrick Murphy
United States District Judge